IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VINCENT FORMUSOH | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 3-07-CV-0128-K |
| | § | |
| ALBERTO GONZALES, Attorney | § | |
| General of the United States, ET AL. | § | |
| | § | |
| Respondents. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court. Petitioner's Objections to the Findings and Recommendations of the United States Magistrate Judge, filed on February 7, 2007, are **OVERRULED**.

SO ORDERED.

Signed this 12th day of February, 2007.

*Ed Kinkeade*

ED KINKEADE
UNITED STATES DISTRICT JUDGE